# United States Court of Appeals
# for the Third Circuit

Chambers of
**THOMAS L. AMBRO**
*Circuit Judge*

May 14, 2007

Federal Building, Lock Box 32
844 King Street
Wilmington, DE 19801

**<u>Via Federal Express</u>**

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544
Attn: Mr. George Reynolds

Re: **<u>2006 Financial Disclosure Report</u>**

Dear George:

     Enclosed are an original and three copies of my Financial Disclosure Report for calendar year 2006. In addition, I note two items.

     (1) Under "VI. Liabilities," I have added information concerning partial limited guarantees that I have executed in past years with respect to three commercial loans. The first was a loan in 2001 for the construction of a commercial building. The second was for the second building on the same site in 2003, and the third was for the third building on the same site in 2005. I had not realized that guarantees needed to be listed as liabilities, but was informed by your office that I need to do so. Because this was not listed on prior Disclosure Reports, please consider this as amending those Reports for the years to which they apply.

     (2) The asset reported in Part VII, page 5, line 8, from my 2005 Financial Disclosure Report should have been marked as follows: Column D(1) Sell, D(2) 11/17, D(3) J. The partnership was sold at a loss.

     Please let me know if there are any questions you or the Committee may have.



Sincerely,

Thomas L. Ambro

Enclosures

| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ambro, Thomas L | U.S. Court of Appeals, 3rd Cir | 05/14/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Federal Courthouse 844 King Street, Lock Box 32 Wilmington, DE 19801 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Thomas L. Ambro Revocable Trust |
| 2. Member | Georgetown University Alumni Admissions Program Board of Advisors |
| 3. Chairman | Georgetown University Northern Delaware Alumni Admissions Program |
| 4. Member | Board of Editors, Delaware Lawyer |
| 5. Member | Board of Editors, Delaware Law Review |
| 6. Co-Chair | Collins Seitz Bankruptcy Inn of the American Inns of Court |
| 7. Member | Board of Trustees of the American Inns of Court |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 15 P 12: 49 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | State of Delaware |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association | April 5-8, Tampa, FL, Section of Business Law Spring Meeting (Transportation, Lodging & Meals) |
| 2. | American Bar Association | October 16-17, New York City, NY, Co-chairing seminar re legal opinions (Transportation, Lodging & Meals) |
| 3. | | |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/14/2007 |

5.

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Commerce Bank, N.A. | Partial guarantee of commercial loan to Springside, LLC (Part VII, Line 101) | P1 |
| 2. | Commerce Bank, N.A. | Partial guarantee of commercial loan to Springside, LLC (Part VII, Line 101) | P1 |
| 3. | Commerce Bank, N.A. | Partial guarantee of commercial loan to Springside, LLC (Part VII, Line 101) | P1 |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wilmington Trust Account | A | Interest | K | T | | | | | |
| 2. Wilmington Trust Account | A | Interest | J | T | | | | | |
| 3. Wilmington Tax Exempt Investor | A | Interest | J | T | | | | | |
| 4. Delaware State Bond 6.1% | B | None | K | T | | | | | |
| 5. Glasgow Professional Properties Inc | | None | O | W | | | | | |
| 6. Lynhaven Partners (1983 - $23,500) | E | Rent | K | R | | | | | |
| 7. PB/Fogelman Harbour Town Partnership (1988 - $30,300) | A | Interest | K | R | | | | | |
| 8. Salem Plaza Associates Partnership (1984 - $23,581) | B | Rent | | | Sell | 6/23 | K | F | |
| 9. Trust Account #6 | D | Dividend | N | T | | | | | |
| 10. - Evergreen Municipal Money Market FD (cash equivalent) | | | | | | | | | |
| 11. - Centerpoint Energy Inc | | | | | | | | | |
| 12. - Nisource Inc | | | | | Sell | 7/25 | K | B | |
| 13. - Harris Assoc Oakmark I | | | | | | | | | |
| 14. - Southwest Water Co | | | | | | | | | |
| 15. - Advanced Micro Devises | | | | | Sell | 5/10 | K | D | |
| 16. - Human Genome Science Inc | | | | | Sell | 10/18 | J | B | |
| 17. - Adaptec Inc | | | | | Buy | 7/25 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sell | 11/15 | J | A | |
| 19. - PC-TEL Inc | | | | | Buy | 7/25 | J | | |
| 20. | | | | | Sell | 11/15 | J | A | |
| 21. Trust Account #7 | F | Dividend | P1 | T | | | | | |
| 22. - Goldman Sachs TR ILA Money Market | | | | | Part Sale | 1/10 | J | | |
| 23. - Calamos Growth FD | | | | | Sell | 7/11 | L | E | |
| 24. - ING Funds Intr Value | | | | | | | | | |
| 25. - Oakmark Global Fund CL I | | | | | | | | | |
| 26. - Calamos Conver Tible FD CL A | | | | | Sell | 7/11 | K | C | |
| 27. - Pioneer High Yield | | | | | Sell | 1/10 | J | | |
| 28. - Duke Energy Co | | | | | | | | | |
| 29. - Aegis Value Fund Inc | | | | | Sell | 7/11 | L | B | |
| 30. - Bridgeway Ultra-Small Co | | | | | | | | | |
| 31. - T Rowe Price Cap Appr FD | | | | | | | | | |
| 32. - Torrey Intl Strategy | | | | | Sell | 1/10 | L | B | |
| 33. - Torrey US Strategy | | | | | Sell | 1/10 | L | C | |
| 34. - Fairholme Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - T Rowe Price Mid-Cap Growth Fund | | | | | | | | | |
| 36. - Wasatch Heritage Growth Fund | | | | | Buy | 1/13 | L | | |
| 37. | | | | | Buy | 1/23 | J | | |
| 38. - CGM Focus Fund | | | | | Buy | 1/13 | L | | |
| 39. - Rowe Price Equity Income | | | | | Buy | 10/19 | L | | |
| 40. - 3Com Corp | | | | | Buy | 1/10 | J | | |
| 41. IRA Account #1 | D | Dividend | M | T | | | | | |
| 42. - Goldman Schs TR ILA Money Market | | | | | Buy | 12/29 | J | | |
| 43. - ING Funds Intr Value | | | | | Sell | 7/19 | K | D | |
| 44. - Calamos Invt TR New | | | | | | | | | |
| 45. - Oakmark Global Fund | | | | | | | | | |
| 46. - Calamos Invt TR New Convertible FD CL A | | | | | | | | | |
| 47. - Oakmark Fund Class I | | | | | | | | | |
| 48. - Pioneer High Yield | | | | | Sell | 10/18 | J | | |
| 49. - Aegis Value Fund Inc | | | | | Sell | 10/18 | J | A | |
| 50. - Bridgeway FD Inc | | | | | | | | | |
| 51. - Franklin Cust Income FD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - T Rowe Price Cap Appr FD | | | | | | | | | |
| 53. - Dodge & Cox Intl Stock Fund | | | | | Buy | 1/18 | J | | |
| 54. | | | | | Part Sale | 4/25 | J | A | |
| 55. | | | | | Buy | 7/20 | K | | |
| 56. - Fairholme Fund | | | | | | | | | |
| 57. - Wasatch Heritage Gorwth Fund | | | | | | | | | |
| 58. IRA Account #2 | G | Dividend | P1 | T | | | | | |
| 59. - Goldman Sachs TR ILA Money Market | | | | | | | | | |
| 60. - ING Funds Intr Value | | | | | Sell | 7/19 | M | E | |
| 61. - Dominion Res Inc VA New | | | | | | | | | |
| 62. - Teco Energy Inc | | | | | | | | | |
| 63. - Oakmark Global Fund | | | | | | | | | |
| 64. - Calamos Invt TR New Convertible FD CLA | | | | | | | | | |
| 65. - Pioneer High Yield | | | | | Sell | 10/18 | K | | |
| 66. - Aegis Value Fund Inc | | | | | | | | | |
| 67. - Bridgeway FD Inc Ultra-Small Co | | | | | | | | | |
| 68. - Centerpoint Energy Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Franklin Cust Income FD | | | | | | | | | |
| 70. - T Rowe Price Cap Appr Fund | | | | | | | | | |
| 71. - Campbell Fund Trust | | | | | | | | | |
| 72. - 3Com Corp | | | | | Sell | 11/15 | J | B | |
| 73. - Dodge & Cox Intl Stock Fund | | | | | Buy | 1/10 | J | | |
| 74. | | | | | Buy | 7/20 | M | | |
| 75. - Fairholme Fund | | | | | | | | | |
| 76. - Rowe T Price Equity Income FD | | | | | Buy | 10/19 | K | | |
| 77. Note receivable from Louis P. Olivere, Jr., et al. | B | Interest | | | | | | | |
| 78. Trust Account #12 | F | Dividend | P1 | T | | | | | |
| 79. - GS ILA Money Mkt Instl | | | | | | | | | |
| 80. - Cisco Systems Inc | | | | | Sell | 4/17 | K | C | |
| 81. - Calamos Invt TR New | | | | | Buy | 1/25 | K | | |
| 82. | | | | | Part Sale | 4/25 | J | A | |
| 83. - ING Funds Intr Value | | | | | Part Sale | 4/25 | J | A | |
| 84. - Oakmark Global Fund | | | | | | | | | |
| 85. - Calamos Convertible FD CLA | | | | | Part Sale | 1/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Part Sale | 10/23 | J | A | |
| 87.   - Pioneer High Yield FD A | | | | | Sell | 1/10 | J | | |
| 88.   - Aegis Value Fund Inc | | | | | Part Sale | 1/25 | L | C | |
| 89. | | | | | Part Sale | 1/31 | J | A | |
| 90. | | | | | Sell | 4/17 | L | C | |
| 91.   - Bridgeway Ultra-Small Co Mkt Fund | | | | | | | | | |
| 92.   - T Rowe Price Cap Appr Fund | | | | | | | | | |
| 93.   -Boston Scientific Corp | | | | | Sell | 4/17 | J | | |
| 94.   - Fairholme Fund | | | | | | | | | |
| 95.   - Wasatch Heritage Growth Fund | | | | | | | | | |
| 96.   - T Rowe Price Mid-Cap Growth Fund | | | | | Part Sale | 1/24 | J | A | |
| 97.   -3Com Corp | | | | | Buy | 1/10 | J | | |
| 98.   - CGM Focus Fund | | | | | Buy | 1/3 | L | | |
| 99.   - Dodge & Cox Intl Stock Fund | | | | | Buy | 1/3 | L | | |
| 100.   - Oakmark Select Fund | | | | | | | | | |
| 101.   Springside, LLC (2000 - $300,000) | | None | P1 | W | | | | | |
| 102.   Legg Mason Opportunity Trust | | None | K | T | Part Sale | 7/13 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Matthews Asia Pacific Fund | | None | | | Part Sale | 7/18 | K | E | |
| 104. | | | | | Sell | 10/18 | L | E | |
| 105. Middletown Professional Properties, LLC (2004 - $80,925) | E | Rent | L | R | | | | | |
| 106. Oakmark Select Fund | | None | | | Sell | 7/11 | L | A | |
| 107. Schneider Value Fund | C | Dividend | L | T | Buy | 5/3 | L | | |
| 108. Trust #13 | A | Interest | J | T | | | | | |
| 109. - Delaware St Health Facs Bond | | | | | Buy | 7/14 | M | | |
| 110. | | | | | Buy | 7/21 | M | | |
| 111. | | | | | Sell | 8/4 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Note receivable reported in Part VII, Page 9, Line 77, principal was paid in full in 2006.
2) Asset reported in Part VII, Page 11, Line 114, from prior report, is now being reported in Trust #12.
3) Asset reported in Part VII, Page 11, Line 104, of prior report was gifted to Georgetown University during 2006 as a charitable donation.
4) The market value reported for Trust #13 represents a cash sweep account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____    Date____May 14, 2007____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544